**FILED**
CLERK, U.S. DISTRICT COURT

Jul 20, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Norman L Adams Jr et al, | ) CASE NO.: 2:15-cv-07270-SVW-RAO |
|     Plaintiff | ) JUDGMENT |
| vs. | ) |
| Mariella Agrusa et al, | ) JS - 6 |
|     Defendant. | ) |

Judgment is entered for Plaintiffs and against Defendant, pursuant to the Court's order dated July 19, 2016.

DATE:  July 20, 2016

_____
STEPHEN V. WILSON, U.S. DISTRICT JUDGE